IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                Criminal Action No.
                  21-00265-03,10-CR-W-DGK

DAVON R. WILLIAMS and
AARON W. DORSEY,

      Defendants.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

  The following matters were discussed and action taken during the pretrial conference on December 18, 2024:

**PENDING CHARGES**:

| | |
|---|---|
| Count One (both defendants) | Conspiracy to Distribute Controlled Substances, *in violation of* 21 U.S.C. §§ 841(a)(1), (b)(a)(A) & 846 |
| Count Twenty-Three (Defendant Williams) | Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| Count Twenty-Four (Defendant Williams) | Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| Count Twenty-Five (Defendant Williams) | Possession with Intent to Distribute Marijuana, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) |
| Count Twenty-Six (Defendant Williams) | Possession of a Firearm in Furtherance of Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| Count Twenty-Seven (Defendant Williams) | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Count Twenty-Eight (Defendant Williams) | Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| Count Twenty-Nine (Defendant Williams) | Possession with Intent to Distribute Cocaine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| Count Thirty (Defendant Williams) | Possession with Intent to Distribute Marijuana, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) |
| Count Thirty-One (Defendant Williams) | Possession of Firearms in Furtherance of Drug Trafficking Crime, *in violation of* 18 U.S.C. §924(c)(1)(A)(i) |
| Count Thirty-Two (Defendant Williams) | Felon in Possession of Firearms, *in violation of* 18 U.S.C. § 922(g)(1) and 924(a)(2) |

**TRIAL COUNSEL**:
        Government: Ashleigh Ragner & Jessica Jennings
            Case Agent: Kansas City, Missouri Police Department Detective Philip Sipple
        Defendant Williams: Jonathan Bailey; Justin Johnston will assist
        Defendant Dorsey: Preston Jones

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: The Government will request a protective order. Defendant Williams plans to file motions in limine.

**TRIAL WITNESSES**:
        Government: 24 witnesses without stipulations
        Defendant Williams: 1 witness; Defendant Williams may testify
        Defendant Dorsey: 1 witness; Defendant Dorsey may testify

**TRIAL EXHIBITS**:
        Government: 500 exhibits
        Defendant Williams: 30 exhibits
        Defendant Dorsey: 20 exhibits

**DEFENSES**:
Defendant Williams:
        ( ) defense of general denial
        ( x ) defenses of general denial and multiple versus singular conspiracies

Defendant Dorsey:
        ( x ) defense of general denial
        ( ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
Defendant Williams:
        ( x ) Definitely for trial        ( ) Possibly for trial
        ( ) Motion to continue to be filed        ( ) Likely a plea will be worked out

Defendant Dorsey:
        ( ) Definitely for trial        ( ) Possibly for trial
        ( ) Motion to continue to be filed        ( x ) Likely a plea will be worked out

**TRIAL TIME**: **5 days**
        Government's case including jury selection: 4 ½ days
        Defendant Williams: ½ day
        Defendant Dorsey: ½ day

**STIPULATIONS**:

Defendant Williams:
- ( x ) not likely
- (   ) not appropriate
- (   ) likely as to:
    - (   ) chain of custody
    - (   ) chemist's reports
    - (   ) prior felony conviction
    - (   ) interstate nexus of firearm

Defendant Dorsey:
- ( x ) not likely
- (   ) not appropriate
- (   ) likely as to:
    - (   ) chain of custody
    - (   ) chemist's reports
    - (   ) prior felony conviction
    - (   ) interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: December 23, 2024
Defense: December 23, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: December 23, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: December 23, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing January 6, 2025
   **Please note**:   *The Government requests the first week of the docket to allow sufficient time to prepare for a case set on the February docket.*

**OTHER**:
- (   )   A _____-speaking interpreter is required.
- (   )   Other assistive devices: _____

**IT IS SO ORDERED.**

/s/ Jill A. Morris
JILL A. MORRIS
United States Magistrate Judge